# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE:

CHAMOUN HAZIM

Case No. 14-40486
Chapter 7

Debtor(s)

**EOD**
**03/04/2015**

## AGREED ORDER ON TRUSTEE'S OBJECTION TO THE CLAIM
## OF NATIONSTAR MORTGAGE, LLC, CLAIM NO. 6

CAME ON FOR CONSIDERATION the Trustee's Objection to Claim No. 6 of Nationstar Mortgage, LLC (the "Objection") filed by the Trustee. For cause shown, it is hereby

ORDERED that the Objection shall be and is hereby sustained in part as to the secured portion of Claim No. 6; it is further

ORDERED that Claim No. 6, filed by Nationstar Mortgage, LLC (the "Claim"), is hereby allowed and shall be eligible to receive pro-rata distributions from the Chapter 7 Trustee as an unsecured claim in the amount of $125,000.00.

IT IS SO ORDERED.

Signed on 3/4/2015

*Brenda T. Rhoades*  SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

AGREED TO:

/s/ *Bill F. Payne*
Bill F. Payne,
The Moore Law Firm, LLP
Attorney for Trustee



/s/ *Hershel R. Chapin* w/permission
Hershel R. Chapin
Weinstein & Riley, P.S.
Attorneys for Nationstar Mortgage, LLC